AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Cylester Maxwell<br>DOB: ▉▉▉▉▉<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00324
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/16/2024
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder; | |
| 18 U.S.C. § 111(a)(1) and (b)-Assaulting/Resisting/Impeding Certain Officers with a Deadly or Dangerous Weapon; | |
| 18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(4)-Engaging in Physical Violence in a Restricted Building or Grounds; | |
| 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in a Capitol Building or Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____10/16/2024_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

__Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*