# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Cylester Maxwell<br><br>*Defendant* | ) Case: 1:24-mj-00324<br>) Assigned to: Judge Upadhyaya, Moxila A.<br>) Assign Date: 10/16/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Cylester Maxwell__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) and (b)-Assaulting/Resisting/Impeding Certain Officers with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in a Capitol Building or Grounds.

Date: 10/16/2024

*Moxila A. Upadhyaya*
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.16 12:45:28 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 10/16/2024, and the person was arrested on (date) 10/18/2024
at (city and state) ATLANTA, GA.

Date: 10/18/2024

*Arresting officer's signature*

BO WALTERS SPECIAL AGENT
*Printed name and title*