IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CYLESTER MAXWELL,** <br><br> **Defendant.** | **Case No. 24-mj-324 (MAU)** |

### JOINT MOTION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, and the defendant, Cylester Maxwell, by and through his counsel, Allen Orenberg, respectfully submit this motion to adjourn the status hearing set for January 9, 2025, in the above-captioned matter, for approximately 60 days, until March 11, 2025, March 13, 2025, or another date convenient to the Court. The parties request the additional time to allow the government to continue to produce voluminous discovery, the defendant to review such discovery, and the parties to discuss a potential disposition.

The parties request that the Court exclude time from January 9, 2025, until the next status date, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy indictment and trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Counsel for defendant has reviewed and joins this motion.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    */s/ Nathaniel K. Whitesel*
        NATHANIEL K. WHITESEL
        Assistant United States Attorney
        DC Bar No. 1601102
        601 D Street NW
        Washington, DC 20530
        nathaniel.whitesel@usdoj.gov
        (202) 252-7759